| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MARK J. McKEON<br>Assistant U.S. Attorney |
| 3 | 4401 Federal Building<br>2500 Tulare Street |
| 4 | Fresno, California 93721<br>Telephone (559) 497-4000 |

FILED
FEB 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06-156-AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS INDICTMENT; |
| v. | ) | ORDER |
| | ) | |
| GREGORY EUGENE MASON, | ) | |
| | ) | |
| Defendant. | ) | |

On October 23, 2006, the United States filed a Superseding Information against defendant GREGORY EUGENE MASON charging a violation of Title 36, Code of Federal Regulations, Section 2.32(a)(4) – a Class B Misdemeanor. On October 23, 2006, Mason pled guilty to this charge pursuant to a plea agreement between the government and Mason, and was sentenced by Magistrate Judge Beck..

Pursuant to the Memorandum of Plea Agreement between the United States and

//
//
//
//
//
//
//

1

GREGORY EUGENE MASON, the government moves to dismiss the pending indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted this 24th day of October 2006.

McGREGOR W. SCOTT
United States Attorney

By: /s/ Mark J. McKeon
_____
MARK J. McKEON
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED

~~October~~ ___, ~~2006~~ Jan. 8, 2007

_____
UNITED STATES DISTRICT JUDGE